IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISBY LEES MECHANICAL LLC, t/a KISBY SHORE CORP.,<br><br>       Plaintiff,<br><br>    v.<br><br>PINNACLE INSULATION, INC.,<br><br>       Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-5093 (JBS/AMD)<br><br><u>**ORDER**</u> |

This matter having come before the Court upon the motion [Docket Item 9] of Plaintiff Kisby Lees Mechanical to dismiss Defendant Pinnacle Insulation, Inc.'s Counterclaim, which was converted into a motion for summary judgment by the Court on July 31, 2012 [Docket Items 18 & 19]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this  **24th**  day of **September, 2012** hereby

ORDERED that the motion for summary judgment is DENIED; and it is

ORDERED that the Plaintiff's request to refer surviving claims to arbitration is DENIED without prejudice.

                                     s/ Jerome B. Simandle
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge